# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| Joshua D Ward, et al., | Case No 3:13-cv-02210 |
| Plaintiff, | |
| v. | JUDGMENT ENTRY |
| City of Norwalk, et al., | |
| Defendants. | |

For the reasons stated in the Order filed December 9, 2014, it is hereby:

**ORDERED** defendants' motions to dismiss (Docs. 37, 38) be, and the same hereby are granted with regard to the plaintiffs' federal claims. I decline to exercise supplemental jurisdiction over plaintiffs' state-law claims.

So Ordered.

/s/ James G. Carr
Sr. United States District Judge